IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROSE MARIE ROGNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELSON "BUZZ" SOSNOSKI, )<br>)<br>Defendant. ) | Civil Action No. 7:17-cv-00302<br><br>By:  Elizabeth K. Dillon<br>      United States District Judge |

**FINAL JUDGMENT**

On January 24, 2019, after a three-day trial, the jury returned a verdict in favor of defendant Nelson "Buzz" Sosnoski, as noted in the previously docketed verdict form (Dkt. No. 60). In accordance with the jury's verdict and Federal Rule of Civil Procedure 58, the court hereby ENTERS final judgment in favor of Nelson "Buzz" Sosnoski.

The clerk is directed to strike this case from the court's active docket and to send a copy of this final judgment to the parties' counsel of record.

Entered: February 6, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge